UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

                Plaintiff,            Case No.
                                            Honorable:
vs.                                Mag. Judge:


RUGER GP100 Revolver CAL:357
SN:173-45807; SMITH & WESSON 37
AIRWEIGHT Revolver CAL:38
SN:250540; WEINER
WAFFENFABRIK m12 Rifle CAL:308
SN: A8929; Unknown III Rifle CAL:
Unknown SN:59514; SIG SAUER
(SIG-ARMS) P239 Pistol CAL:40 SN:
SA480626; HS PRODUKT (IM
METAL) HELLCAT Pistol CAL:9
SN:BA186682; REMINGTON ARMS
COMPANY, INC. 870 Shotgun CAL:12
SN:RAS077483; 538 Rounds Assorted
Ammunition CAL: Assorted; 515
Rounds Assorted Ammunition CAL:
Assorted; 820 Rounds Assorted
Ammunition CAL: Assorted; 5 Rounds
Assorted Ammunition CAL:38; 25
Rounds ASSORTED Ammunition
CAL:12; 72 Rounds Assorted
Ammunition CAL:40,

                Defendants *in rem*.

---

**Complaint for Forfeiture**

---

Plaintiff, the United States of America, by and through Jerome F. Gorgon, Jr., United States Attorney for the Eastern District of Michigan, and Jasmine Moore, Assistant United States Attorney, states the following in support of this Complaint for Forfeiture:

### Jurisdiction and Venue

1.     This is an *in rem* civil forfeiture action under 18 U.S.C. § 924(d)(1) related to a violation or violations of 18 U.S.C. § 922(g)(9).

2.     This Court has original jurisdiction over this forfeiture action under 28 U.S.C. § 1345 because this action is being commenced by the United States of America as Plaintiff.

3.     This Court has jurisdiction over this forfeiture action under 28 U.S.C. § 1355(b)(1)(A) and (B) because the acts giving rise to the forfeiture occurred in the Eastern District of Michigan and because the property was found in this district.

4.     Venue is proper before this Court under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to this action occurred in the Eastern District of Michigan.

5.     Venue is also proper before this Court under 28 U.S.C. § 1395(b) because the Defendants *in rem* were found and seized in the Eastern District of Michigan.

**Defendants *in rem***

6.     The Defendants *in rem* consist of:

   a.  RUGER GP100 Revolver CAL: 357 SN: 173-45807;
   b.  SMITH & WESSON 37 AIRWEIGHT Revolver CAL:38 SN:250540;
   c.  HS PRODUKT (IM METAL) HELLCAT Pistol CAL:9 SN:BA186682;
   d.  WEINER WAFFENFABRIK m12 Rifle CAL: 308 SN: A8929;
   e.  Unknown III Rifle CAL:Unknown SN:59514;
   f.  REMINGTON ARMS COMPANY, INC. 870 Shotgun CAL:12 SN:RAS077483;
   g.  SIG SAUER (SIG-ARMS) P239 Pistol CAL: 40 SN: SA480626;
   h.  25 Rounds ASSORTED Ammunition CAL:12;
   i.  5 Rounds Assorted Ammunition CAL:38;
   j.  538 Rounds Assorted Ammunition CAL: Assorted;
   k.  72 Rounds Assorted Ammunition CAL:40;
   l.  515 Rounds Assorted Ammunition CAL: Assorted; and
   m.  820 Rounds Assorted Ammunition CAL: Assorted.

7.     Members of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") seized the Defendants *in rem* on December 9, 2025.

8.     The Defendants *in rem* and are currently in the custody of ATF.

**Statutory Basis for Civil Forfeiture**

9.     Title 18 United States Code, Section 924(d)(1) authorizes the civil forfeiture of the following:

   (1) any firearm or ammunition involved in or used in any knowing violation of subsection (a)(4), (a)(6), (f), (g), (h), (i), (j), or (k) of section 922 … or any violation of any other criminal law of the United States, or any firearm or ammunition intended to be used in any offense referred to in paragraph (3) of this subsection …

3

**<u>Factual Basis in Support of Forfeiture</u>**

10.     The Defendants *in rem* were involved in a knowing violation or violations of 18 U.S.C. § 922(g)(9) and are therefore subject to federal forfeiture pursuant to 18 U.S.C. § 924(d)(1). Evidence supporting forfeiture includes, but is not limited to, the following:

    a.   On October 15, 2025, ATF received an anonymous tip indicating a prohibited person is in possession of firearms in violation of 18 USC § 922(g)(9).

    b.   On December 9, 2025, members of the ATF developed probable cause to obtain a federal search warrant at the residence of Douglas Kwiatkowski ("Kwiatkowski"), XXXX Spring Circle Trail, Washington, Michigan.

    c.   During the search of the residence, several items of evidentiary value were located, including the Defendants *in rem*.

    d.   ATF reviewed Kwiatkowski's criminal history, which was obtained from the Michigan Law Enforcement Information Network (LEIN) and observed he pled guilty to misdemeanor domestic violence on or about July 23, 2019.

    e.   Kwiatkowski was also arrested on or about July 24, 2023, for a felony charge damage to property.  On or about August 15, 2023,

that charge was dismissed along with the dismissal of a charge of domestic violence and/or knowingly assaulting a pregnant individual – 2nd offense.

   f. A query of LEIN for registered firearms associated to Kwiatkowski revealed two registered handguns from prior to the domestic violence conviction.

   g. The case was referred to the United States' Attorney's Office, Eastern District of Michigan, for consideration of civil forfeiture.

   h. Kwiatkowski has been convicted of domestic violence and is therefore prohibited from possessing a firearm or ammunition under 18 U.S.C. § 924(g)(9).

## Claim for Relief

11.    Plaintiff re-alleges and incorporates by reference each and every allegation contained in Paragraphs 1 through 10.

12.    The Defendants *in rem* are forfeitable to the United States of America under 18 U.S.C. § 924(d)(1) because they were involved in a knowing violation or violations of 18 U.S.C. § 922(g)(9).

## Conclusion and Relief

Plaintiff respectfully requests that this Court issue warrants for arrest of the Defendants *in rem*; that due notice be given to all interested parties to appear and

show cause why forfeiture should not be decreed; that judgment be entered

declaring the Defendants *in rem* condemned and forfeited to the United States for

disposition according to law; and, that the United States be granted such further

relief as this Court may deem just and proper, together with costs and

disbursements of this action.

<div style="margin-left:50%">

Respectfully submitted,

Jerome F. Gorgon Jr.
United States Attorney

S/Jasmine Moore
Jasmine Moore (P82181)
Assistant U.S. Attorney
211 W. Fort Street, Ste. 2001
Detroit, Michigan  48226
(313) 226-9759
Jasmine.moore@usdoj.gov

</div>

Dated: April 17, 2026

## **VERIFICATION**

I, Eric Miller, state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives. I have read the foregoing Complaint for Forfeiture and declare under penalty of perjury that the facts contained therein are true and correct based upon knowledge possessed by me and/or upon information received from other law enforcement agents.

_____
SA Eric Miller, ATF

Dated:  April 17, 2026